UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. ___________

BARBARA OLINGER, as Mother And Next Friend of "A", a Minor child under the age of 18 years, PLAINTIFF

v.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DEFENDANTS

AND

JASON STARKS

*****

**NOTICE OF REMOVAL**

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP"), by and through counsel, hereby submits this Notice of Removal of the above-entitled action from the Commonwealth of Kentucky, Lee Circuit Court, to the United States District Court for the Eastern District of Kentucky, Lexington Division. By this petition, COP gives notice of the removal of this action. This notice of, and petition for, removal is made pursuant to 28 U.S.C. §§ 1441 et seq. and is proper and appropriate based upon the following:

1. On or about December 18, 2006, Plaintiff filed a Verified Petition ("Petition") in an action captioned "BARBARA OLINGER, as Mother and Next Friend of 'A', a Minor child under the age of 18 years, vs. THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND JASON STARKS" (the "State Court Action").

Dockets.Justia.com

2. COP became aware of the Petition on or about January 10, 2007. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition is attached hereto as Exhibit 1. No process, pleadings, or orders have been served upon Defendant in the State Court Action.

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Lee County, Kentucky is located within the Eastern District of Kentucky, Lexington Division.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 based upon diversity jurisdiction and may also have jurisdiction pursuant 28 U.S.C. § 1331. According to the Petition, Plaintiffs are residents of Lee County, Kentucky. The Petition also alleges that "the Church of Jesus Christ of Latter Day Saints" is a resident of Lee County, Kentucky. However, no such legal entity exists.[1] The proper Defendant is COP, which is a corporation sole organized under Utah law with its principal place of business in Utah. The other defendant, Jason Starks, is a resident of Idaho. Accordingly, complete diversity exists between Plaintiffs and Defendants.

5. The Petition does not set forth a dollar amount of damages sought by Plaintiffs. Given that Petition alleges multiple acts of sexual abuse all perpetrated on a minor causing medical, physical, emotional and psychological injuries and damages, COP has a good faith belief that Plaintiffs are seeking damages in excess of $75,000, exclusive of interest and costs.

---

[1] Most major religious organizations have a dual existence: a corporate existence, through which they hold assets, employ individuals and carry out the business of the organization, and a spiritual one, which does none of the above. COP is a corporation sole organized under Utah law, a form of organization that allows for the incorporation of one or more high offices in a church. COP can sue and be sued, enter contracts, hire and pay employees and otherwise carry out church business. In contrast, the Church itself is an association of believers, the purpose of which is to build faith, provide religious guidance, administer religious rites, and, according to Church doctrine, perpetuate the Kingdom of God on earth. The Church has neither assets nor employees, and it does no business in any state – it is purely a spiritual entity. Where a religious organization has incorporated, and holds assets, conducts business and employs people through the corporate entity, this entity is the only entity properly subject to suit. *See, e.g., Willis v. Davis*, 323 S.W.2d 847, 848 (Ky. 1959).

6. This Notice of Removal has been filed within thirty (30) days after becoming aware of the Petition as required by 28 U.S.C. § 1446(b).

7. Defendant Jason Starks has consented to this removal.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of Lee County, Kentucky.

WHEREFORE, the Defendants remove this action from the Commonwealth of Kentucky, Lee Circuit Court, to this Court.

DATED: January 26th, 2007.

Respectfully submitted,

/s/ Jon L. Fleischaker________________

Jon L. Fleischaker
Jeremy S. Rogers
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 540-2344 (Telephone)
(502) 585-2207 (Fax)
*Counsel for COP*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by first class, United States mail, postage prepaid on the 26th day of January, 2007, upon the following:

Michael Stidham
Bruce Francisky
P.O. Box 732
Jackson, Kentucky 41339
Attorneys for Plaintiff

Kendall Robinson
212 Church
P.O. Box 710
Booneville, Kentucky 41314-0710
Warning Order Attorney

Jason Starks
1160 North 4000 West
Rexburg, ID 83440

/s/ Jon L. Fleischaker
*Counsel for COP*

117445v1