Olinger v. The Church of Jesus Christ of Latter Day Saints et al Doc. 1 Att. 1


FILED
LEE CIRCUIT COURT
DEC 18 2006
EMMA O. ADAMS, CLERK
BY ____ D.C.

COMMONWEALTH OF KENTUCKY
LEE CIRCUIT COURT
CIVIL ACTION NO.: 06-CI-00184

BARBARA OLINGER, as Mother
And Next Friend of "A", a
Minor child under the age of 18 years, PLAINTIFF,

VS. **VERIFIED PETITION**

THE CHURCH OF JESUS CHRIST
OF LATTER DAY SAINTS, CHARLES
ADDISON, 90 ZOE POST OFFICE RD.
AND ZOE, KENTUCKY 41397

JASON STARKS, DEFENDANTS.

***********************************

Comes now the plaintiff, by counsel, and for her cause of action states as follows:

1. She and her minor child are both residents of Lee County, Kentucky; the defendant, the Church of Jesus Christ of Latter Day Saints is a resident of Lee County, Kentucky and the defendant, Jason Starks, is a non-resident of Kentucky and a warning order attorney should be appointed to notify him of the pending litigation against him.

2. All of the acts complained of hereinafter occurred in Lee County, Kentucky.

3. The defendant, Jason Starks, while acting as an agent, servant, employee, or otherwise on behalf of the defendant, the Church of Jesus Christ of Latter Day Saints, came to Lee County, Kentucky as a missionary.

4. While acting in this capacity, the said defendant engaged in sexual

Dockets.Justia.com

misconduct, deviate sexual intercourse with, and other acts of sexual misconduct with the plaintiff's minor child, "A", all against the morals of the very church which he was representing and all against the laws of the Commonwealth of Kentucky, all of which have damaged this child psychologically, socially and mentally in the past and which has subjected him to public scorn, public ridicule and public embarrassment, all to his damage in an amount equal to a sum which exceeds the jurisdictional limits of this Court. All of these acts were the direct cause and result of the defendant acting individually and/or in concert with or on behalf of the defendant, the Church of Jesus Christ of Latter Day Saints.

5. As a direct and proximate result of the joint and several actions of the defendants hereinabove referenced the plaintiff's minor child, "A", has been physically injured.

6. As a direct and proximate result of the joint and several acts of the defendants, the plaintiff's minor child, "A", has incurred medical expenses in an amount in excess of the jurisdictional limits of this court and the child will suffer medical expenses in the future, all of which are directly related to these incidents.

7. As a direct and proximate result of the joint and several actions of the defendants, the plaintiff's minor child, "A", has suffered physical, psychological, emotional and mental pain and suffering, both in the past and in the future, all in an amount in excess of the jurisdictional limits of this Court.

WHEREFORE, the plaintiff's minor child, "A", demands:

A. A trial by jury;

B. Compensatory damages in excess of the jurisdictional amount of this court

for physical, emotional, and psychological pain and suffering;

C. Compensatory damages for medical expenses, both past and future, in an amount in excess of the jurisdictional limits of this Court;

D. Her costs herein, including a reasonable fee for his attorney;

E. That a Warning Order Attorney be appointed to notify the Defendant of the nature and pendency of this action;

F. All other relief to which she is entitled.

Michael A Stidham

MICHAEL A. STIDHAM
BRUCE FRANCISKY
P.O. BOX 732
JACKSON, KENTUCKY 41339
(606) 666-5401
ATTORNEYS FOR PLAINTIFF

## VERIFIED PETITION

I, BARBARA OLINGER, mother and next friend of "A", a minor child under the age of 18 years, have read the foregoing Complaint herein and do hereby acknowledge that the statements contained herein are true and correct to the best of my knowledge and belief.

Barbara Olinger

BARBARA OLINGER

COMMONWEALTH OF KENTUCKY )
) SCT.
COUNTY OF LEE )

Signed, sworn to and acknowledged before me by BARBARA OLINGER, to be her free act and deed, on this 18 day of December, 2006.

Rosemary Spain

NOTARY PUBLIC, STATE AT LARGE

My commission expires: 8-18-08