Olinger v. The Church of Jesus Christ of Latter Day Saints et al Doc. 2


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. ____________

BARBARA OLINGER, as Mother And Next Friend of "A," a Minor Child Under the Age of 18 Years — PLAINTIFF

vs.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS — DEFENDANTS

-and-

JASON STARKS

** ** ** ** ** **

**ANSWER**

Defendant, Corporation of the President of The Church of Jesus Christ of Latter-day Saints, by counsel, hereby states as follows for its Answer to the Verified Petition of Plaintiff:

1. In response to the allegations contained in numbered paragraph 1 of the Verified Petition, Defendant denies that The Church of Jesus Christ of Latter-day Saints is a resident of Lee County and affirmatively states that there is no legal entity called "The Church of Jesus Christ of Latter Day Saints." Rather, Corporation of the President of The Church of Jesus Christ of Latter-day Saints is the legal entity that holds assets, employs individuals and otherwise carries out the business of The Church. The Church itself is simply an association of believers which has no assets, no employees, does no business in any state , and is purely a religious entity. Defendant admits that Jason Starks is a non-resident of Kentucky. Defendant is without sufficient information to form a belief as to the truth or falsity of the remaining allegations set forth in numbered paragraph 1 of the Verified Petition, and therefore, denies same.

Dockets.Justia.com

2. Defendant denies the allegations set forth in numbered paragraph 2 of the Verified Petition.

3. Defendant admits the allegations set forth in numbered paragraph 3 of the Verified Petition.

4. In response to the allegations set forth in numbered paragraph 4 of the Verified Petition, Defendant admits that sexual misconduct, deviant sexual intercourse, and other acts of sexual misconduct are against the morals of The Church of Jesus Christ of Latter-day Saints. Defendant denies the remaining allegations set forth in numbered paragraph 4 of the Verified Petition.

5. Defendant denies the allegations set forth in numbered paragraph 5 of the Verified Petition.

6. Defendant denies the allegations set forth in numbered paragraph 6 of the Verified Petition.

7. Defendant denies the allegations set forth in numbered paragraph 7 of the Verified Petition.

8. All allegations not expressly admitted herein are denied.

9. Defendant reserves the right to amend this Answer.

## AFFIRMATIVE DEFENSES

1. The Verified Petition fails to state a claim upon which relief can be granted as against The Church of Jesus Christ of Latter-day Saints or Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church Defendants").

2. Some or all of Plaintiff's claims may be barred by the statute of limitations.

3. The damages claimed in the Verified Petition were caused in whole or in part by the intentional or negligent acts of persons over whom the Church Defendants had no control and are not responsible.

4. This Court lacks subject matter jurisdiction over the Church Defendants, and this action violates their rights of freedom of religion under Amendments I, V and XIV of the United States Constitution, Sections 1 and 5 of the Constitution of the State of Kentucky, and federal and state law.

5. No vicarious liability of any kind can be imposed upon any and all of the Church Defendants for any acts or omissions of any other person for reasons including but not limited to the acts were not within the course and scope of any agency express or implied.

6. The Church Defendants assert the defense of charitable immunity.

Defendant reserves the right to amend this Answer to add additional affirmative defenses.

WHEREFORE, having fully responded to the Verified Petition, Defendant respectfully requests that:

A. Plaintiff take nothing from Defendant;

B. Plaintiff's claims against Defendant be dismissed with prejudice; and

C. Defendant be granted all other relief to which Defendant appears entitled.

Respectfully submitted,

DINSMORE & SHOHL LLP

/s/ Jon L. Fleischaker
Jon L. Fleischaker
Jeremy S. Rogers
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 540-2300 Telephone
(502) 585-2207 Facsimile
*Counsel for Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by first class, United States mail, postage prepaid, on this 26th day of January, 2007, upon the following:

Michael Stidham
Bruce Francisky
P.O. Box 732
Jackson, Kentucky 41339
Attorneys for Plaintiff

Kendall Robinson
212 Church
P.O. Box 710
Booneville, Kentucky 41314-0710
Warning Order Attorney

Jason Starks
1160 North 4000 West
Rexburg, ID 83440

/s/ Jon L. Fleischaker
*Counsel for Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

117481v1