UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. ____________

BARBARA OLINGER, as Mother And Next Friend of "A", a Minor child under the age of 18 years, PLAINTIFF

v.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, DEFENDANTS

AND

JASON STARKS

**DEFENDANT'S RULE 7.1 DISCLOSURE**

Defendant, Corporation of the President of The Church of Jesus Christ of Latter-day Saints, makes the following statement pursuant to Federal Rule of Civil Procedure 7.1:

Corporation of the President of The Church of Jesus Christ of Latter-day Saints is a Utah corporation sole and is a 501(c)(3) charitable entity. It has no parent corporation. Nor does any publicly held corporation own 10% or more of its stock.

Dockets.Justia.com

Respectfully submitted,

/s/ Jon L. Fleischaker_______________
Jon L. Fleischaker
Jeremy S. Rogers
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 540-2344 (Telephone)
(502) 585-2207 (Fax)
*Counsel for Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by first class, United States mail, postage prepaid on the 26th day of January, 2007, upon the following:

Michael Stidham
Bruce Francisky
P.O. Box 732
Jackson, Kentucky 41339
Attorneys for Plaintiff

Kendall Robinson
212 Church
P.O. Box 710
Booneville, Kentucky 41314-0710

Jason Stark
1160 North 4000 West
Rexburg, ID 83440

/s/ Jon L. Fleischaker_____________
*Counsel for Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

117506v1