# ATTORNEY AND PRO SE INFORMATION FORM

| | | | |
|---|---|---|---|
| Date | **1/26/07** | Case No. | **7-29** |
| Deputy Clerk | **Kolleen Reynolds** | Prisoner ID | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Division | | Ash | | Cov | | Fkt | | Lex | | Lon | | Pke | Check this box | | to request Lexington to check master file |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Please enter data in either ATTORNEY or PRO SE LITIGANT column. | | | | | | | |
| ATTORNEY | | | | PRO SE LITIGANT | | | |
| | Inconsistencies noted | | Change atty name | | Inconsistencies noted | | Change pro se |
| | Add atty/firm address | | Change atty/firm address | | Add pro se address | | Change pro se address |
| | Add bar data | | Change bar data | | Add prison address | | Change prison address |

**Old Information to be Changed**

| | | | |
|---|---|---|---|
| Name | | Suite or Room/Floor | |
| Firm or Prison | | City ST Zip | |
| P.O. Box | | Telephone | |
| Street | | Fax or Remarks | |

**New Information to be Entered**

| | | | |
|---|---|---|---|
| Name | **Bruce Francisky** | Suite or Room/Floor | |
| Firm or Prison | | City ST Zip | **Jackson Kentucky 41339** |
| P.O. Box | **732** | Telephone | **606-666-5401** |
| Street | | Fax or Remarks | |

**ATTORNEY BAR INFORMATION**

Please complete to change/add an attorney in database

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SSN | | Appl Date | | Adm Date | | DOB | | | |
| Fee paid? | | Yes | | No | Counsel has requested to be admitted | | by petition | | in open court |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Old Information to be Changed | | | | New Information to be Entered | | | |
| | Active | | Suspended | | Active | | Suspended |
| | Pro hoc vice - out of state | | CJA attorney | | Pro hoc vice - out of state | | CJA attorney |
| | Deceased | | Not available | | Deceased | | Not available |
| | Disbarred | | | | Disbarred | | |

**LEXINGTON OFFICE USE ONLY**

| | | | | |
|---|---|---|---|---|
| | Date received | | | |
| | Date forwarded | 2/1 | Forwarded to | Kolleen - no record found pdz |
| | Date returned | | Returned to | KR |
| | Date entered | 1/29 | Additional info needed | |
| | Initials | ice | | |

Dockets.Justia.com