Account Name YEAR BUILT 1980

CHURCH OF JESUS CHRIST OF
THE LATTER DAY SAINTS

**Property Card** *- EXEMPT*

MAP #: **039-00-00-053**

ACCOUNT 99993400001

Location 0 GRAND AVE

Mailing: 506 NORTH TEMPLE
SALT LAKE CITY UTAH 84150

TAX DISTRICT: 01

DATE ASSESSE 1/1/2004

SALE PRICE:

DATE SALE: 07/06/1984

DEED B / P: 119 / 155

| | |
|---|---|
| *RELI_LAND* | 65,000 |
| *RELI_IMPR* | 100,000 |
| *RELI_TOT* | 165,000 |

DESC:
.7 ACRES & CHURCH



PREVIOUS OWNER / ASSESSMENT
PEOPLES EXCHANGE BANK

| | | | |
|---|---|---|---|
| | | HOMESTEAD: | |
| IMP VALUE: | | BASEMENT: | NONE |
| LAND VALUE: | | FOUND: | CONCRETE BLOCK |
| LOT SIZE: | | SITE COND: | AVERAGE |
| FRONTAGE: | | PROP CLASS: | |
| DEPTH: | | COM TYPE: | CHURCH |
| ACREAGE | 2.61 | CONST TYPE: | STANDARD |
| STORIES: | 1 | IMPROV VAL: | |
| AREA: | 3280 | STREET-ROAD: | SECONDARY |
| QUALITY: | ECONOMY | DRIVEWAY: | A |
| EFFECT AGE: | | FLOOD HAZARD: | NONE |
| BUILD_COND: | GOOD | SIDEWALKS: | N |
| EXTERIOR: | BRICK SOLID | TOPOGRAPHY: | LEVEL |
| ROOF MAT: | COMPOSITION SHINGLES | SPRINKLERS: | |
| ROOF PITC | HIGH | FIRE ALARM: | |
| HEATING: | | | |
| COOLING: | | | |
| PUB UTILS: | WATER | | |

| BSMNT SQFT: | OFFICE SQFT | MANUF SQFT: | ASPHALT SQFT: | CONCRETE SQFT |
|---|---|---|---|---|
| | | | | 3280 |




| *Sales History* | PREVIOUS OWNER: | SALE DATE | SALE PRICE | DEED B / P |
|---|---|---|---|---|

Printed On: 1/30/2007 10:22:51 AM

Exhibit "A"

1

Exhibit A-2

This DEED made and entered into this 6th day of July, 1984, by and between PEOPLES EXCHANGE BANK, a Corporation existing under and by the laws of the Commonwealth of Kentucky, with its principal office at Beattyville, Kentucky party of the first part, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation, sole, 50 East North Temple Street, Salt Lake City, Utah, 84150-0001, party of the second part.

WITNESSETH: That for and in consideration of the sum of ONE ($1.00) DOLLAR, cash in hand paid and other good and valuable considerations, the receipt of which is hereby acknowledged party of the first part has this day bargained and sold and does by these presents, hereby grant, bargain, alien, sell and convey, unto the party of the second part, in fee simple, its heirs and assigns forever, the following parcel or tract of land lying and being in Lee County, Kentucky, approximately 2 miles north of the city of Beattyville, at the intersection of the new Kentucky Highway #11, and Cole Hill Road and being more particurarly described as follows, to-wit:

BEGINNING at an ornimental iron post in the right of way line of old Kentucky Highway #11; thence S 77 degrees 7 minutes 58 seconds east 164.59 feet to an iron pin; thence N 7 degrees 20 minutes 18 seconds, east 192.01 feet to an iron pin; thence N 74 degrees 28 minutes 00 seconds, west 150.60 feet to an iron pin; thence with an arc (radius =1497.89 feet) along said right of way line a distance of 198.31 feet, said arc having a chord of S 11 degrees 36 minutes 46 seconds, west 198.17 feet, to the place of beginning, as per survey by C.J. Fuller, Consulting Engineer, Inc., of April 7, 1983.

Being the same property conveyed to the party of the first part by a deed from Anthony Spencer dated November 10, 1983, and being recorded in Deed Book115, page229, Lee County Court Clerk's Office, Beattyville, Kentucky.

Exhibit A-3

TO HAVE AND TO HOLD the same together with all and singular the appurtenantes thereunto belonging unto the party of the second part, its heirs and assigns forever, with covenant of General Warranty of Title.

IN TESTIMONY WHEREOF witness the signature of the party of the first part this day and date first above written.

PEOPLES EXCHANGE BANK

BY: [signature]

TITLE: V.P.

ATTEST: [signature]

STATE OF KENTUCKY

COUNTY OF LEE

The foregoing was subscribed to before me by C. Beach, III, for Peoples Exchange Bank, this 6th day of June, 1984.

My commission expires: 3-15-85

My Commission expires March 15, 1985

Edna G. Crabtree

NOTARY PUBLIC

This instrument prepared by:

[signature]

Thomas K. Hollon
Box 318
Beattyville, Kentucky 41311
(606) 464-2646

After recording, return to
LDS Church, Office of General Counsel
330 South Third East
Salt Lake City, Utah 84111

Tax Statements to be sent to
LDS CHURCH REAL ESTATE DIVISION
50 East North Temple
Salt Lake City, Utah 84150

Exhibit A-4

STATE OF KENTUCKY, } SCT.
COUNTY OF Lee

I, Erma Combs Clerk of the County Court for the County and State aforesaid, certify that the foregoing Deed was on the 6 day of June 1984, lodged in my office for record, whereupon the same with the foregoing and this certificate have been duly recorded in my office in Deed Book 119 Page 155.

Given under my hand, this 6 day of June 1984.

Erma Combs Clerk

By Darlene B. Holleon D. C.

260 County Clerk's Recording Certificate—Deed

18

7.00 st
7.00 c
8.00
19.00 tax

STATE OF KENTUCKY }
COUNTY OF LEE, SCT }

I, Russell Stamper, Clerk of the Lee County Court, do hereby certify the foregoing to be a true and correct copy of the Deed
From Peoples Exchange Bank
to Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saint same as appears of record in my office in Deed Book No. 119 page 155
Given under my hand, this February 16, 2007

__________ CLERK
LEE COUNTY

BY Mary L. Stamper D.C.