Exhibit "B"

Map **086-20 03 010.00**

## PROPERTY CARD

Printed #Name?

Location

Building 1 CHURCH

Year Const 0 EffectiveAge 0 BuildingValue 0

Description DB 218 PG 396

District 03-Hazard Graded Class Exempt Religious

Owner CHURCH OF JESUS CHRIST OF LATTER
DAY SAINTS
50 EAST NORTH TEMPLE
SALT LAKE CITY UT 84150

Account 3097




Subdivision

Block Lot

| | | | | | |
|---|---|---|---|---|---|
| Date Checke | | Checked B | | Date Assessed | |
| Lot Size | 2.7 | LotSizeSqFt | 0.00 | LotEstActual | |
| Frontage | 0.00 | Depth | 0.00 | Platt Book | |
| Acreage | 0.00 | AcresEstAc | | Source | |
| Neighborhoo | | Site Conditio | | Zoning | |
| Road | | Driveway | | Sidewalks | |
| Topography | | Shape | | Drainage | |
| Flood Hazard | | | | Land Valu | 0 |

TenantHouses 0 | Barns 0 | Silos 0 | GrainBins 0 | Fencing 0

☐ Electricity ☐ Gas ☐ Water ☐ Sewer

Stalls 0
Bents 0

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Stories | 0.00 | Avg Heigth | 0.00 | | | | | | | | |
| Date Checked | | Checked By | | Date Assessed | | | | | | | |
| ResidenceType | | Commercial | | Com2 | | Farm | | Living | 0 | SqFeet | |
| MobHomeType | | Manufacturer | | Model | | Skirting | | Dining | 0 | Living | 0.00 |
| Garage/Carport | | Type | | Size | | Exterior | | Family | 0 | Basemt | 0.00 |
| Width | 0.00 | Length | 0.00 | Area | 0.00 | Driveway | | Kitchen | 0 | Garage | 0.00 |
| Neighborhood | | Site Cond | | Bldg Cond | | Sidewalks | | BedRm | 0 | Porch | 0.00 |
| Structure | | Exterior | | Foundation | | Patio/Deck | | FullBaths | 0 | Deck | 0.00 |
| Const. Type | | Constr. Quality | | | | Tennis Court | | HalfBaths | 0 | Office | 0.00 |
| Roof Type | | Roof Cover | | Roof Pitch | | Pool | | OtherRm | 0 | Manufacturing | 0.00 |
| Basement Type | | BasementSize | | BasementFinish | | PoolSize | 0.00 | Total | 0 | Asphalt | 0.00 |
| Heat Type | | Heat Source | | Supplemental | | AirCondType | | Fireplaces | 0 | Concrete | 0.00 |

☐ Heat ☐ Cooling ☐ Electricity ☐ Gas ☐ Water ☐ Sewer ☐ Sprinklers ☐ FireAlarm ☐ SpecialImprvmt

| Year | Net Taxable | Exemption | Total Taxable | Land | Improvements | Ag Improvements | Land FCV | Imprvmts FCV | Ag Imprvmts FCV | Total FCV |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2003 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2002 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2001 | 271,000 | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2000 | | 0 | 271,000 | 271,000 | 0 | 0 | 0 | 0 | 0 | 0 |

Dockets.Justia.com