"Exhibit B" 2

*Soil Capability Classification And Valuation*

*CHAIN OF OWNERSHIP*

| *Name* | *Deed* | *SaleDate* | *Sale Price* |
|---|---|---|---|
| CHURCH OF JESUS CHRIST OF LATTER | 218-396 | 10/04/1988 | 0 |

*Permits List*

*Notes*