Exhibit B-3

# GENERAL WARRANTY DEED

This DEED OF CONVEYANCE made and entered into this 3rd day of October 1988 by and between ROY CAMPBELL and his wife, MILDRED CAMPBELL, of Box 22, Combs, Kentucky 41729, hereinafter referred to as Parties of the First Part; and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utal Corporation sole, whose address is 50 East North Temple, Salt Lake City, Utah 84150, hereinafter referred to as Party of the Second Part;

W I T N E S S E T H

That Parties of the First Part, for and in consideration of the sum of Two Hundred Seventy-One Thousand Dollars ($271,000.00), cash in hand paid, the receipt and sufficiency of which are hereby acknowledged, have bargained and sold and by these presents do hereby bargain, sell, grant and convey unto Party of the Second Part, its successors and assigns, the following-described real property:

Lying and being in Perry County, Kentucky, and more particularly described as follows:

Beginning at a stake at or near the top of the ridge between Rock Branch and the North Fork of the Kentucky River said stake being in the western Right-of-Way line of a proposed street; thence with the proposed Right-of-Way N 11° 34' 03" W, 275.01' to a stake; N 13° 04' 41" E, 134.10' to a stake; thence leaving the proposed Right-of-Way N 76° 55' 19" W, 40.00' to a point; thence N 52° 59' 05" W, 178.46' to a stake; thence S 32° 54' 18" W, 125.17' to a stake; thence S 48° 11' 39" W, 206.24' to a stake; thence S 50° 21' 39" E, 443.64' to a stake; thence N 84° 00' 30" E, 86.82' to the point of beginning, containing 2.717 acres more or less.

Sources of Title:

The above-described land is part of that property described in the following deeds to First Parties, all recorded in the Perry County Court Clerk's Office:

1. Deed from George B. Campbell, et al. dated November 3, 1979, and recorded in Deed Book 180, Page 794.

2. Deed from Don C. Graves, et al. (Tract No. III) dated October 1979 and recorded in Deed Book 180, Page 571.

I, Haven King, Clerk of Perry County and state aforesaid, do certify that the foregoing is a true and correct copy of the foregoing and the same now appears on record in Deed Book No. 218 at page 396 in said office.
Date 2-26-2007
Haven King, Clerk
by [illegible] DC

TACKETT & ALLEN
LAW OFFICES
.4 MORGAN STREET
DRAWER 1539
.AZARD, KENTUCKY
41701

1988 OCT -4 P 12:00
PERRY COUNTY CLERK
RECEIVED