Olinger v. The Church of Jesus Christ of Latter Day Saints et al Doc. 7 Att. 5


Exhibit B-24

3. Deed from Evelyn Brewer dated March 29, 1980, and recorded in Deed Book 182, Page 129.

4. Deed from Audrey Buck, etc., et al., dated October 1983 and recorded in Deed Book 197, Page 383.

5. Deed from Sharon (Brewer) Deem and her husband, Martin S. Deem, dated September 9, 1983, and recorded in Deed Book 196, Page 556.

6. Deed from Natalie Brewer and Rodney Brewer by their statutory guardian, Sharon (Brewer) Deem, dated November 29, 1984, and recorded in Deed Book 201, Page 494.

It is understood by the parties hereto that First Parties do not own the minerals underlying the above-described land and therefore have no power or authority to convey same, and that this is a conveyance of the surface only of the above-described land.

First Parties further grant unto Second Party, its successors and assigns, for the use and benefit of Second Party, its successors and assigns, and its employees, visitors, members, invitees and all other persons using the same for the convenience of Second Party, an easement and Right-of-Way to be known as Rock Branch Lane in perpetuity across and over the following-described premises for use as an unobstructed walk and/or driveway by pedestrian travel or travel by motor vehicle:

> Beginning at a point in the center line of Morton Boulevard opposite the entrance to Appalachian Regional Medical Center; said point being 4,130.30 feet from the intersection of Morton Boulevard and Kentucky Highway 15, distance measured along center line of Morton Boulevard as it meanders; thence with the proposed center line of a 40 foot wide easement
>
> S 59° 49' 00" E, 169.16 feet to P.C. Station 1+64.55;
>
> thence with a 125 foot radius curve to the left 60.46 feet to P.T. Station 2+25.01 (Delta=27° 42' 52");
>
> thence S 87° 31' 52" E, 487.89 feet to P.C. Station 7+12.90;
>
> thence with a six degree curve to the left 153.92 feet to P.T. Station 8+66.82 (Delta=9° 14' 06");

TACKETT & ALLEN
LAW OFFICES
24 MORGAN STREET
DRAWER 1539
HAZARD, KENTUCKY
41701

Dockets.Justia.com