Olinger v. The Church of Jesus Christ of Latter Day Saints et al Doc. 7 Att. 6

Exhibit B-5

thence N 83° 14' 02" E, 129.63 feet to P.C. Station 9+96.45;

thence with a six degree curve to the left 180.09 feet to P.T. Station 11+76.54 (Delta= 10° 48' 19");

thence N 72° 25' 43" E, 163.72 feet to P.C. Station 13+40.26;

thence with a 100 foot radius curve to the left 109.03 feet to P.T. Station 14+49.29 (Delta=62° 28' 20");

thence N 9° 57' 23" E, 189.41 feet to P.C. Station 16+38.70;

thence with a 200 foot radius curve to the left 75.13 feet to P.T. Station 17+13.83 (Delta=21° 31' 23");

thence N 11° 34' 00" W, 26.99 feet to P.O.T. Station 17+40.82, said point being opposite the beginning corner of the Mormon tract;

thence N 11° 34' 00" W, 192.42 feet to P.C. Station 19+33.24;

thence with a 16 degree curve to the right 154.02 feet to P.T. Station 20+87.26 (Delta=24° 38' 37");

thence N 13° 04' 37" E, 51.51 feet to a point opposite the third corner of the Mormon Tract ℄ Station 21+38.77.

NOTE: From P.O.T. Station 17+40.82 to P.O.T. Station 21+38.77, the eastern boundary of the Mormon Tract will be the western boundary of the easement.

Source of Title:

The above-described easement is part of the same property described in the above-referenced deeds recited as the sources of title for the property herein conveyed and also being part of the property conveyed in that deed from George and Jackee Campbell dated June 24, 1988, and recorded in Deed Book 217, Page 218.

RESTRICTIONS:

1. Second Party agrees for itself, its successors and assigns, that it shall refrain from constructing, or permitting to be constructed or operating, or permitting to be operated, on the property herein conveyed any medical facility, including but not limited to, physicians' offices, medical clinics, primary care centers or pharmacies, home health centers or hospitals.

TACKETT & ALLEN
LAW OFFICES
24 MORGAN STREET
DRAWER 1539
:AZARD. KENTUCKY
41701

Dockets.Justia.com