Exhibit B-6

2. Second Party agrees for itself, its successors and assigns, that in the construction of any improvements on the property herein conveyed or in the utilization in any manner of the property herein conveyed that it, its successors and assigns, shall comply in all respects to the existing subdivision plan of the City of Hazard, or any subdivision plan hereinafter enacted by the City of Hazard.

TO HAVE AND TO HOLD the same, together with all the appurtenances thereunto belonging unto Party of the Second Part, its successors and assigns forever, with Covenants of General Warranty.

In Testimony, WHEREOF, witness the signatures of the Parties of the First Part the day and year first above written:

Roy Campbell (signature)
Roy Campbell

Mildred Campbell (signature)
Mildred Campbell

STATE OF KENTUCKY

COUNTY OF PERRY

The foregoing was produced to me in said state and county by Roy Campbell and Mildred Campbell and was signed and acknowledged by them to be their respective acts and deeds.

Given under my hand this 3rd day of October 1988.

Edgar Whitaker, Jr. (signature)
Notary Public

My commission expires: Jan. 22, 1991.

STATE OF KENTUCKY

COUNTY OF PERRY

I, Clarence Howard, Perry County Court Clerk, do hereby certify that the foregoing has been lodged in my office for record whereupon it, the foregoing, and this, my

TACKETT & ALLEN
LAW OFFICES
24 MORGAN STREET
DRAWER 1539
HAZARD, KENTUCKY
41701

Dockets.Justia.com