Exhibit B-7

certificate, have been duly recorded in Deed Book 218,

Page 396.

Given under my hand this the 4 day of Oct

1988.

CLARENCE HOWARD, CLERK

Tax #271.00 BY: Jean Mullins, D.C.

The foregoing was prepared
by the undersigned attorney
of Hazard, Perry County,
Kentucky, on this the 19th
day of September 1988:

Charles E. Allen
Charles E. Allen, Attorney

After recording, return to
LDS CHURCH, Office of General Counsel
330 South Third East
Salt Lake City, Utah 84111

Tax Statements to be sent to
LDS CHURCH TAX ADMINISTRATION #535-2959
50 East North Temple, 22nd Floor
Salt Lake City, Utah 84150

TACKETT & ALLEN
LAW OFFICES
:4 MORGAN STREET
DRAWER 1539
AZARD. KENTUCKY
41701

Dockets.Justia.com