UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CASE 05:07-CV-00029-JMH

BARBARA OLINGER, as Mother and
Next Friend of "A", a Minor child under the age of 18 years, PLAINTIFF,

VS.

THE CHURCH OR JESUS CHRIST
OF LATTER DAY SAINTS,

AND

JASON STARKS, DEFENDANTS.

***************************

**NOTICE OF FILING PROPOSED ORDER REMANDING TO LEE CIRCUIT COURT**

Please take notice that Plaintiff, Barbara Olinger, by counsel, has filed a Proposed Order Remanding to Lee Circuit Court in the United States District Court, Eastern District of Kentucky.

A true and correct copy of the Proposed Order Remanding filed with the United States District Court, Eastern District of Kentucky, Lexington Division, is attached to this Notice as Exhibit A.

Respectfully submitted,

MICHAEL A. STIDHAM
STIDHAM-FRANCISKY LAW OFFICE
P.O. BOX 732
JACKSON, KENTUCKY 41339
(606) 666-5401
COUNSEL FOR PLAINTIFF

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served by first class, United States mail, postage prepaid on the 28th day of February, 2007, upon the following:

Jon L. Fleischaker
Jeremy S. Rogers
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

Kendall Robinson
212 Church
P.O. Box 710
Booneville, KY 41314-0710
Warning Order Attorney

Jason Starks
1160 North 4000 West
Rexburg, ID 83440

______________________________
MICHAEL A. STIDHAM
ATTORNEY FOR PLAINTIFF