**"EXHIBIT A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CASE: 05:07-CV-00029-JMH

BARBARA OLINGER, as Mother and
Next Friend of "A", a Minor child under the age of 18 years, PLAINTIFF,

VS.

THE CHURCH OF JESUS CHRIST
OF LATTER DAY SAINTS,

AND

JASON STARKS, DEFENDANTS.

****************************

**PROPOSED ORDER REMANDING**

Upon Motion of Plaintiff, by counsel, to remand this action to the Lee Circuit Court, and the Court after being advised by the parties and after reading the memorandum in support of Plaintiff's motion;

IT IS HEREBY ORDERED that Plaintiff's Motion is **sustained.**

IT IS FURTHER ORDERED that this cause of action is hereby remanded to the Lee Circuit Court.

ENTERED this _____ day of ________________________, 2007.

______________________________
HON. JOSEPH M. HOOD, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Dockets.Justia.com