UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| BARBARA OLINGER, as Mother and Next Friend of "A", a Minor Child Under the Age of 18 Years, | ) | Civil Action No. 5:07-29-JMH |
| Plaintiff, | ) | |
| V. | ) | |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and JASON STARKS, | ) | |
| Defendants. | ) | |

*****************************

**AFFIDAVIT OF PAUL D. RYTTING
IN OPPOSITION TO
MOTION TO REMAND**

*****************************

I, Paul D. Rytting, declare as follows:

1. My name is Paul D. Rytting. I am over the age of eighteen and I make these statements based upon personal knowledge.

2. I have been a member of the Church of Jesus Christ of Latter-Day Saints ("the Church") all of my life. I currently function as the Risk Manager for the Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") and am familiar with the legal organization of COP and the Church. I have worked in similar or related positions for fifteen years.



Dockets.Justia.com

3. For over 75 years, COP has been incorporated as a corporation sole under Utah law. COP has its headquarters in Salt Lake City, Utah. It hires and pays employees, holds significant assets and carries out church business.

4. The Church, in contrast, exists solely as an ecclesiastical organization. In its unincorporated form, the Church holds no assets or property. It does no business in any state, nor is it registered to do so. The Church has no employees, and has no money from which to pay salaries. The Church has no assets or property from which a judgment can be satisfied.

5. The Church has more than 27,000 congregations. There are 12.8 million members worldwide, with 29,328 in the Commonwealth of Kentucky as of December 31, 2005.

6. The Church has no corporate identity and no articles of association, bylaws, or rules governing its legal existence. Instead, the Church is organized and governed by scripture, by modern revelation, and by ecclesiastical doctrines and beliefs of its members.

7. Under Church doctrine, the Church functions as the Kingdom of God on earth. From time to time, the president or other "general authorities" of the Church provides spiritual and doctrinal guidance to local Church leaders and to the general membership. Local Church leaders also perform functions similar to those performed by other religious organizations, including blessings, baptisms, confirmations, ordinations, and the calling of members to serve in volunteer ecclesiastical positions.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED at Salt Lake City, Utah, this 9th day of March, 2007.

[signature]

PAUL D. RYTTING

SUBSCRIBED and sworn to this 9th day of March, 2007.

Linda L. Christensen

NOTARY PUBLIC

Notary Public
LINDA L. CHRISTENSEN
50 East North Temple
Salt Lake City, Utah 84150
My Commission Expires
November 30, 2010
State of Utah