**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**
**CIVIL ACTION NO. 5:07-29-JMH**
**[FILED ELECTRONICALLY]**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

V. **NOTICE OF FILING**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, DEFENDANTS

*********************

Comes the undersigned as counsel for Plaintiff, Barbara Olinger, as Mother and Next Friend of "A", as Minor Child Under the Age of 18 Years, and hereby gives Notice of Filing of it's Motion for Leave to File Rule 26(a)(1) Initial Disclosures Late.

Dated this 23rd day of March, 2007.

Respectfully submitted,

/s/ Michael A. Stidham
STIDHAM & FRANCISKY
500 BROWN ST.
P.O. BOX 732
JACKSON, KY 41339
Attorney for Plaintiff

Dockets.Justia.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was this 23rd day of March, 2007 filed electronically via the Court's CM/CEF system, which effects service via email upon the following:

Jon L. Fleischaker
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson St.
Louisville, KY 40202

Bernard Pafunda
Pafunda Law Office
175 E. Main St.
Suite 600
Lexington, KY 40507

/s/ Michael A. Stidham
Counsel for Plaintiff