**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**
**CIVIL ACTION NO. 5:07-29-JMH**
**[FILED ELECTRONICALLY]**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

V.

**MOTION FOR LEAVE TO FILE**
**RULE 26(a)(1) INITIAL DISCLOSURES LATE**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, DEFENDANTS

*********************

Plaintiff, Barbara Olinger, as Mother and Next Friend of "A", as Minor Child Under the Age of 18 Years, by counsel, hereby moves the Court for leave to file their Rule 26(a)(1) Initial Disclosures late due to circumstances beyond their counsel's control. The Rule 26(a)(1) Initial Disclosures were due on March 20, 2007 pursuant to the Report of Parties' Planning Meeting. On March 12, 2007, the undersigned's office experienced computer problems which denied them access to the internet; therefore, counsel was unable to file any documents electronically via the Court's CM/CEF system. Due to the

Dockets.Justia.com

lack of computer support in the area, counsel was unable to have the computer problem solved until Friday, March 23, 2007.

Dated this 23rd day of March, 2007.

Respectfully, submitted,

<u>/s/ Michael A. Stidham</u>
Michael A. Stidham
STIDHAM & FRANCISKY
500 Brown St.
P.O. Box 732
Jackson, KY 41339
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was this 23rd day of March, 2007 filed electronically via the Court's CM/CEF system, which effects service via email upon the following:

Jon L. Fleischaker
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson St.
Louisville, KY 40202

Bernard Pafunda
Pafunda Law Office
175 E. Main St.
Suite 600
Lexington, KY 40507

<u>/s/ Michael A. Stidham</u>
Counsel for Plaintiff