**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**
**CIVIL ACTION NO. 5:07-29-JMH**
**[FILED ELECTRONICALLY]**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

V. **NOTICE OF FILING PROPOSED ORDERS FOR MOTION FOR LEAVE TO FILE RULE 26(a)(1) INITIAL DISCLOSURES LATE AND MOTION TO CORRECT NAMED DEFENDANT**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, DEFENDANTS

*********************

Please take notice that Plaintiff, Barbara Olinger, as Mother and Next Friend of "A", as Minor Child Under the Age of 18 Years, by counsel, is attaching Proposed Orders for Entry 15, Motion for Leave to File Rule 26(a)(1) Initial Disclosures Late and Entry 16, Motion to Correct Named Defendant. These Orders were not attached to original Motions when filed on March 23, 2007.

A true and correct copy of the Proposed Order for Leave to File Rule 26(a)(1) Initial Disclosures Late and the Proposed Order to Correct Named Defendant filed with the United Sates District Court, Eastern District of Kentucky, Lexington Division, is attached to this Notice as Exhibit A and Exhibit B, respectively.

Dated this 26th day of March, 2007.

Dockets.Justia.com

Respectfully submitted,

/s/ Michael A. Stidham
STIDHAM & FRANCISKY
500 BROWN ST.
P.O. BOX 732
JACKSON, KY 41339
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was this 26rd day of March, 2007 filed electronically via the Court's CM/CEF system, which effects service via email upon the following:

Jon L. Fleischaker
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson St.
Louisville, KY 40202

Bernard Pafunda
Pafunda Law Office
175 E. Main St.
Suite 600
Lexington, KY 40507

/s/ Michael A. Stidham
Counsel for Plaintiff