**"EXHIBIT B"**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**

**CASE NO. 5:07-29-JMH**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

V. **PROPOSED ORDER TO CORRECT NAMED DEFENDANT**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, DEFENDANTS

********************

Upon Motion of Plaintiff, by counsel, to correct the name of defendant, The Church of Jesus Christ of Latter-Day Saints to its correct name which is "Corporation of the President of The Church of Jesus Christ of Latter-day Saints" and the Court being fully and otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **sustained.**

**IT IS FURTHER ORDERED** that all further pleadings and other documents shall identify the defendant, The Church of Jesus Christ of Latter-Day Saints, by its proper legal name of "Corporation of the President of The Church of Jesus Christ of Latter-day Saints".

This ____ day of March, 2007.

______________________________
Joseph M. Hood, Judge
United States District Judge

Dockets.Justia.com