**"EXHIBIT A"**

Eastern District of Kentucky
FILED

MAR 2 7 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**

**CASE NO. 5:07-29-JMH**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

V.

**ORDER FOR PLAINTIFF TO FILE RULE 26(a)(1) INITIAL DISCLOSURES LATE**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, DEFENDANTS

*********************

Upon Motion of Plaintiff, by counsel, to file Rule 26(a)(1) Initial Disclosures late and the Court being fully and otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **sustained.**

**IT IS FURTHER ORDERED** that Plaintiff be permitted to file it's Rule 26(a)(1) Initial Disclosures.

This 27th day of March, 2007.

Joseph M. Hood

Joseph M. Hood, Judge
United States District Judge

Dockets.Justia.com