Brimhall    Ex. A



# MISSIONARY HANDBOOK

THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS



ENGLISH
4 023111 52000 8
31152

# Contents

INTRODUCTION ................................... 1
  Preface ....................................... 1
  In Case of Emergency .......................... 2
YOUR CALLING .................................... 3
PROSELYTING ..................................... 6
  Proven Methods ................................ 6
  Finding ....................................... 6
  Teaching ...................................... 7
  Baptizing and Fellowshipping ................. 11
MISSIONARY ORGANIZATION ....................... 12
MISSIONARY CONDUCT ............................ 13
  Demeanor ..................................... 14
  Dress and Grooming ........................... 16
  Daily Schedule ............................... 18
  Sunday and Holidays .......................... 20

Published by
The Church of Jesus Christ of Latter-day Saints
Salt Lake City, Utah

© 1986, 1990, 2002 by Intellectual Reserve, Inc.
All rights reserved
Printed in the United States of America

# Missionary Organization

Your mission president has two missionary assistants who help supervise the proselyting work. Your mission is divided into zones and districts supervised by zone and district leaders.

For routine problems, contact your district leader. For special problems, including personal problems and illness, contact your mission president.

Work only in your assigned proselyting area—a defined geographical area in which two missionaries serve as companions. Zone and district leaders will work with you as needed.

12

# Missionary Conduct

*The following statement was approved by the First Presidency and the Quorum of the Twelve:*

As missionaries, you are expected to maintain the highest standards of conduct, including strict observance of the law of chastity, which forbids any sexual conduct of any kind whatsoever. In addition, you need to be aware that any touching of the private parts of another person, whether under or over clothing, can also constitute criminal conduct. If the victim is a child or youth, the penalties are especially severe, including imprisonment.

To assist you to obey the law of chastity and to avoid criminal charges, you should always remain with your companion. You should never be alone with anyone else, male or female, adult or child.

13

thoughts, words, and actions in harmony with the message of the gospel (see Mosiah 4:29–30; D&C 64:29; 1 Thessalonians 2:1–12).

Remember, your conduct influences your own effectiveness *and* the attitudes of nonmembers and members. Conducting yourself with quiet dignity will open doors for teaching the gospel.

Read only books, magazines, and other material authorized by the Church and your mission president. Keep conversations free of debate and argument. Reflect frequently on Brigham Young's counsel: "Let your minds be centered on your missions" (Brigham Young, *Discourses of Brigham Young*, sel. John A. Widtsoe [Salt Lake City: Deseret Book Co., 1941], p. 325).

15

---

Even false accusations against an innocent missionary can take many months to investigate and may result in disruption or termination of missionary service. Protect yourselves from such accusations by never being separated from your companion, even in the homes you visit, and by avoiding any touching that could possibly lead to accusations, such as holding a child on your lap, hugging, tickling, or being too familiar with a child or adolescent. Companions have a duty to help each other stay away from potentially compromising situations and even to avoid "all appearance of evil" (1 Thessalonians 5:22).

## DEMEANOR

As an ambassador for the Lord Jesus Christ, learn and obey all mission rules and strive to represent the Savior properly. Keep your

14