UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| BARBARA OLINGER, as Mother and Next Friend of "A", a Minor Child Under the Age of 18 Years, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON STARKS, )<br>)<br>)<br>Defendants. ) | Civil Action No. 5:07-29-JMH |

## AFFIDAVIT OF WES DONAHOO

I, Wes Donahoo, declare as follows:

1. I am a resident of the State of Idaho and have personal knowledge of the following facts, and if called to testify I could, and would, competently testify to the following:

2. From September of 1998 until March 28, 2004 I was Bishop of the Hibbard 1st Ward, Rexburg Idaho North Stake of The Church of Jesus Christ of Latter-day Saints ("the LDS Church"). As Bishop, I was the presiding clergyman of the Hibbard 1st Ward, which is a local congregation of the Church.

3. Jason Earnest Stark was a member of my congregation in March of 2004 when he applied to serve a mission for the LDS Church. I had known Stark for approximately 14 years when he applied for missionary service.

4. At the time he applied to serve a mission, I believed Jason Stark to be an upstanding young man. I had heard nothing about him which led me to believe he would pose a



danger to children, and I had observed nothing in his manner or activities which led me to believe he would abuse or harm children. Before prospective missionaries are called to serve a mission, their local ecclesiastical leaders interview them in depth to be sure they are worthy to serve as missionaries. I interviewed Stark and asked him many questions about his worthiness to serve a mission, including specific questions about his sexual history. None of his answers indicated that he had any tendency to act inappropriately with children.

5. The first time I learned of any problems which Stark might have with children was when allegations were made against him in December of 2005.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct, and that this declaration was executed on the 24th day of August, 2007, in Rexburg, Idaho.

_____
WES DONOHOO

Subscribed and sworn to before me this 24 day of August 2007.

_____
NOTARY PUBLIC
Residing at: Rigby, Idaho
My Commission Expires 9-1-2012

992739