UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| BARBARA OLINGER, as Mother and Next Friend of "A", a Minor Child Under the Age of 18 Years,<br><br>    Plaintiffs,<br><br>V.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON STARKS,<br><br>    Defendants. | Civil Action No. 5:07-29-JMH |

### AFFIDAVIT OF WYLIE GENE POWELL

I, Wylie Gene Powell, declare as follows:

1.  I am a resident of the State of Idaho and have personal knowledge of the following facts, and if called to testify I could, and would, competently testify to the following:

2.  I became Stake President of the Rexburg Idaho North Stake of The Church of Jesus Christ of Latter-day Saints ("the LDS Church") on June 6, 1999. As Stake President I am the presiding clergyman of the Rexburg Idaho North Stake, which is composed of 13 local congregations in the Rexburg area.

3.  Jason Earnest Stark was a member of the Rexburg Idaho North Stake in March of 2004 when he applied to serve a mission for the LDS Church.

4.  At the time he applied to serve a mission, I believed Jason Stark to be an upstanding young man. I had heard nothing about him which led me to believe he would pose a danger to children, and I had observed nothing in his manner or activities which led me to



EXHIBIT 3

believe he would abuse or harm children. As Stake President, I interviewed Stark and asked him many questions about his worthiness to serve a mission, including specific questions about his sexual history. None of his answers indicated that he had any tendency to act inappropriately with children.

5. The first time I learned of any problems which Stark might have with children was when allegations were made against him in December of 2005.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct, and that this declaration was executed on the 27 day of August, 2007, in IDAHO FALLS, Idaho.

_____
WYLIE GENE POWELL

Subscribed and sworn to before me this 27 day of August 2007.

_____
NOTARY PUBLIC
Residing at: BONNEVILLE COUNTY
My Commission Expires 12/01/2011

7176:0173\992751.01