UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| BARBARA OLINGER, as Mother and Next Friend of "A", a Minor Child Under the Age of 18 Years, | ) ) ) ) | Civil Action No. 5:07-29-JMH |
| Plaintiffs, | ) ) | |
| V. | ) ) | |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON STARKS, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF CRAIG LAURIN PORTER

I, CRAIG LAURIN PORTER, declare as follows:

1. I am a resident of the State of Idaho and have personal knowledge of the following facts, and if called to testify I could, and would, competently testify to the following:

2. I became Bishop of the Hibbard 1st Ward, Rexburg Idaho North Stake of The Church of Jesus Christ of Latter-day Saints ("the LDS Church") on March 28, 2004. As Bishop, I am the presiding clergyman of the Hibbard 1st Ward, which is a local congregation of the Church.

3. Jason Earnest Stark was a member of my congregation in March of 2004 when I became Bishop, and remained in the Hibbard 1st Ward until he left for the Missionary Training Center in Provo, Utah on July 21, 2004. I had known Stark for approximately 14 years when I became bishop.



EXHIBIT 4


4. When I became Bishop, I had no knowledge that would lead me to believe that Stark might be a danger to children. I talked with Stark on several occasions between March 28, 2004 and July 1, 2004, and in our conversations he said nothing to lead me to believe he would later commit the crimes of which he has been accused. Likewise, during that time period no one in our congregation or in the community came to me to tell me they had any knowledge or suspicion that Stark might harm or abuse children.

5. The first time I learned of any problems which Stark might have with children was when allegations were made against him in December of 2005.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct, and that this declaration was executed on the 23rd day of August, 2007, in Idaho Falls 2007, Idaho.

_____
CRAIG LAURIN PORTER

Subscribed and sworn to before me this 23 day of August 2007.



_____
NOTARY PUBLIC
Residing at: BONNEVILLE COUNTY
My Commission Expires 12/01/2011