UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| BARBARA OLINGER, as Mother and Next Friend of "A", a Minor Child Under the Age of 18 Years,<br><br>   Plaintiffs,<br><br>V.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and JASON STARKS,<br><br>   Defendants. | Civil Action No. 5:07-29-JMH |

## ORDER

Upon motion of Defendant, Corporation of the President of the Church of Jesus Christ of Latter-Day Saints for summary judgment, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that the motion is GRANTED. All claims asserted in this action against the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and against the Church of Jesus Christ of Latter-Day Saints are hereby DISMISSED with prejudice.

124567_1