EXHIBIT "A"

# AFFIDAVIT OF BARBARA OLINGER

Comes the Affiant, and after being duly sworn states as follows:

1. She is the Plaintiff in this action.

2. She resides across the street from the president of the local church or temple of the Church of Jesus Christ of Latter Day Saints. At her residence she met the defendant, Jason Starks, and his companion missionary, Dylan Ainsworth.

3. Jason Starks left Beattyville, Kentucky on or about December 20, 2005.

4. Prior to his departure in 2005, Mr. Starks' missionary companion Dylan Ainsworth was replaced by a second companion, Elder Rexroat. Mr. Starks and Mr. Rexroat were not always in the company of one another while with the Plaintiff's child, a minor, as required by the Defendant's own Missionary Handbook, setting forth its polices, and attached as an exhibit to the Defendant's pleadings.

Further, the Affiant sayeth not.

Barbara Olinger
Barbara Olinger

COMMONWEALTH OF KENTUCKY )
) SCT
COUNTY OF BREATHITT )

Signed, sworn to and acknowledged before me by Barbara Olinger on this 27 day of September, 2007.

Jackie Campbell
NOTARY PUBLIC, STATE AT LARGE

My commission expires:
5-18-09

Dockets.Justia.com