**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**
**CIVIL ACTION NO. 5:07-29-JMH**
**[FILED ELECTRONICALLY]**

BARBARA OLINGER, as Mother and
Next Friend of "A", as Minor
Child Under the Age of 18 Years, PLAINTIFF

**ORDER**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, and
JASON STARKS, ET AL DEFENDANTS

*********************

Plaintiff's motion for additional time to respond is sustained.

Plaintiff is granted an additional 15 days from today's date within which to file her response to the Defendants motion and memorandum of law.

This______day of ________2007.

______________________________
CHIEF JUDGE FOR US DISTRICT
COURT FOR THE EASTERN
DISTRICT OF KENTUCKY

Dockets.Justia.com