```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| BARBARA OLINGER, as Mother and<br>Next Friend of "A," a Minor<br>Child Under the Age of<br>18 Years,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT<br>OF THE CHURCH OF JESUS CHRIST<br>OF LATTER-DAY SAINTS  and<br>JASON STARKS,<br><br>    Defendants. | Civil Action No. 5:07-29-JMH<br><br><br><br><br><br><br><br>**ORDER** |

          **  **   **   **   **

Upon the Court's own motion, **IT IS ORDERED** that the final pretrial conference currently scheduled in this matter for Monday, July 14, 2008, shall be, and the same hereby is, **CONTINUED** to **Monday, August 25, 2008**, at **10:30 a.m.**, in **Lexington, Kentucky.**

This the 27th day of June, 2008.



**Signed By:**

*Joseph M. Hood*

**Senior U.S. District Judge**