UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-29-JMH

BARBARA OLINGER, as Mother and
Next Friend of "A", a Minor Child Under the
Age of 18 Years                                                                                          PLAINTIFF

VS.                                            **O R D E R**

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, ET AL.                                                                  DEFENDANTS

This matter is assigned for a preliminary pretrial conference before the undersigned on Thursday, July 10, 2008. The court having reassigned the final pretrial conference for August 25, 2008,

IT IS HEREBY ORDERED as follows:

(1) That the preliminary pretrial conference assigned for July 10, 2008, is **SET ASIDE**.

(2) That this matter is reassigned for **preliminary pretrial conference** on **Thursday, August 21, 2008, at the hour of 9:30 a.m.**

(3) That pretrial filings shall be made on or before the close of business on Thursday, August 14, 2008.

This 1st day of July, 2008.

Signed By:
*James B. Todd*
United States Magistrate Judge