UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO.   5:07-29-JMH

BARBARA OLINGER, as Mother                                                              PLAINTIFF
and Next Friend of "A," a Minor
Child Under the Age of 18 Years


v.                               **JOINT MOTION TO DISMISS**

JASON STARKS, et al                                                                     DEFENDANTS

    Comes the parties herein and for their joint motion to dismiss state as follows:

    1.  Per the court's most recent order, the following matters are scheduled in the above styled case: Settlement conference on July 22, 2008; preliminary pre-trial conference on August 21, 2008; and final pre-trial conference on August 25, 2008.

    2.  Counsel for the respective parties herein moves the court to enter an order of dismissal of the above styled action with each party to bear its own costs.  The agreed order of dismissal is attached hereto.

    WHEREFORE, on the basis of the foregoing, the parties respectfully urge the court to enter an agreed order of dismissal in the above styled case with each party to bear their own costs.


                                                s/   Bernard Pafunda
                                                Attorney for: Jason Starks
                                                Pafunda Law Office
                                                175 E. Main Street, Ste. 600
                                                Lexington, Kentucky 40507
                                                Telephone: (859) 259-0102
                                                Facsimile: (859) 252-5335
                                                pafundalawoffice@alltel.net

        AND

s/ Michael Stidham w/permission
P.O. Box 732
Jackson, Kentucky 41339
Attorney For Plaintiff
mstidham@setel.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Michael Stidham
Hon. Bruce Fancisky
P.O. Box 732
Jackson, Kentucky 41339
Attorneys For Plaintiff
mstidham@setel.com

Hon. Kendall Robinson
212 Church
P.O. Box 710
Booneville, Kentucky 41314
Warning Order Attorney

Hon. Jon L. Fleischaker
Hon. Jeremy S. Rogers
Dinsmore & Shohl, LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
jeremy.rogers@dinslaw.com
jon.fleischaker@dinslaw.com

s/ Bernard Pafunda
Attorney for: Jason Starks
Pafunda Law Office
175 E. Main Street, Ste. 600
Lexington, Kentucky 40507
Telephone: (859) 259-0102
Facsimile: (859) 252-5335
pafundalawoffice@alltel.net