Eastern District of Kentucky
**FILED**

JUL 0 9 2008

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CIVIL ACTION NO.   5:07-29-JMH

BARBARA OLINGER, as Mother            PLAINTIFF
and Next Friend of "A," a Minor
Child Under the Age of 18 Years

v.        **AGREED ORDER OF DISMISSAL**

JASON STARKS, et al            DEFENDANTS

By agreement of the parties herein, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above styled action is DISMISSED, with each party to bear their own costs.

This the ____9th____ day of ___July___, 2008.

_____
JOSEPH M. HOOD
SENIOR U.S. DISTRICT JUDGE